```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 11 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LANCE ELY,

                Petitioner,

     -v-

JOHN B. LEMPKE,

                Respondent.

------------------------------------------------------------X

No. 09 Civ. 5836 (RA) (HBP)

ORDER ADOPTING REPORT AND RECOMMENDATION

RONNIE ABRAMS, United States District Judge:

    The Court hereby adopts the thorough and well-reasoned Report and Recommendation of Magistrate Judge Pitman, dated October 18, 2012, to which no objection has been filed. Accordingly, the petition for a writ of habeas corpus is denied and the action is dismissed with prejudice. The parties' failure to file written objections, after Judge Pitman warned that such failure would result in a waiver of objections and would preclude appellate review, precludes appellate review of this decision. See Caidor v. Onondaga County, 517 F.3d 601 (2d Cir. 2008).

SO ORDERED.

Dated:    February 11, 2013
           New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge