USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 11 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
LANCE ELY,                                                 :
                                                           :
                                    Petitioner,            :
                                                           :        No. 09 Civ. 5836 (RA) (HBP)
              -v-                                          :
                                                           :        ORDER ADOPTING REPORT AND
JOHN B. LEMPKE,                                            :        RECOMMENDATION
                                                           :
                                    Respondent.            :
                                                           :
-----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

        The Court hereby adopts the thorough and well-reasoned Report and Recommendation of

Magistrate Judge Pitman, dated October 18, 2012, to which no objection has been filed.

Accordingly, the petition for a writ of habeas corpus is denied and the action is dismissed with

prejudice.  The parties' failure to file written objections, after Judge Pitman warned that such

failure would result in a waiver of objections and would preclude appellate review, precludes

appellate review of this decision.  See Caidor v. Onondaga County, 517 F.3d 601 (2d Cir. 2008).


SO ORDERED.

Dated:        February 11, 2013
              New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge